IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Civil No. 4:11-cv-789 |
| | § | |
| (1) 2008 INFINITY M35, | § | |
| VIN: JNKAY01EX8M605430; | § | |
| (2) $214,070.62 IN UNITED STATES | § | |
| CURRENCY; | § | |
| (3) CASHIER'S CHECK FOR $93,067.84 | § | |
| FROM COMPASS BANK ACCT. | § | |
| NUMBER XXXX3654; | § | |
| (4) CASHIER'S CHECK FOR $51,881.91 | § | |
| FROM COMPASS BANK ACCT. | § | |
| NUMBER XXXX7342; | § | |
| (5) CASHIER'S CHECK FOR $300,000.00 | § | |
| FROM PERSHING LLC/SANDERS | § | |
| MORRIS HARRIS INC. ACCT. | § | |
| NUMBER XXX-XX1129; | § | |
| (6) CASHIER'S CHECK FOR $30,000.00 | § | |
| FROM PERSHING LLC/SANDERS | § | |
| MORRIS HARRIS INC. ACCT. | § | |
| NUMBER XXX-XX3794; and | § | |
| (7) CASHIER'S CHECK FOR $6,000.00 | § | |
| FROM PERSHING LLC/SANDERS | § | |
| MORRIS HARRIS INC. ACCT. | § | |
| NUMBER XXX-XX2987; | § | |

**WARRANT OF ARREST OF PROPERTY AND FOR NOTICE**

TO:  The United States Marshals Service and/or any other United States officer or employee for the Eastern District of Texas:

   A Complaint for Forfeiture against the following defendant property:

    (1) 2008 Infinity M35, VIN: JNKAY01EX8M605430;
    (2) $214,070.62 in United States currency;
    (3) Cashier's check for $93,067.84 from Compass Bank acct. number XXXX3654;
    (4) Cashier's check for $51,881.91 from Compass Bank acct. number XXXX7342;
    (5) Cashier's check for $300,000.00 from Pershing LLC/Sanders Morris Harris Inc. acct. number XXX-XX1129;
    (6) Cashier's check for $30,000.00 from Pershing LLC/Sanders Morris Harris Inc. acct. number XXX-XX3794; and
    (7) Cashier's check for $6,000.00 from Pershing LLC/Sanders Morris Harris Inc. acct. number XXX-XX2987,

after this referred to as the "Property", has been filed in this Court by the Government, and the Court has ordered that a Warrant for Arrest be issued.   Accordingly;

YOU ARE COMMANDED to do the following:

1.    Arrest the Property described above and take it into your possession for safe custody as provided by Title 28 of the United States Code, Rule G(3), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, until further order of the Court and to make your return as provided by law.

2.    Cause publication of Public Notice as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to be made at www.forfeiture.gov by posting a notice on this official government website for at least thirty days.   This Notice shall provide that any claimant to the Property must file a claim with the Clerk of the United States District Court, Eastern District of Texas, Sherman Division, on or before the expiration of thirty days from the date of final publication, and the claimant shall serve an answer within twenty-one days after the filing of the claim as provided by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions.  Any individual or party who is personally served with the Notice of Complaint for Forfeiture and Arrest of Property in this cause, shall file a claim within thirty-five days after such process has been executed, and shall serve an answer within twenty-one days after the filing of the claim as provided by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

SIGNED this _____ day of _____, 2011.

>	DAVID J. MALAND, CLERK
>	UNITED STATES DISTRICT COURT
>	EASTERN DISTRICT OF TEXAS


BY: _____
    DEPUTY CLERK